■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL CHARLES, Appellant. [869 NYS2d 564]

The defendant's contention that certain remarks made by the prosecutor during summation denied him a fair trial is unpreserved for appellate review, as he failed to object to the subject remarks (*see* CPL 470.05 [2]; *People v George,* 49 AD3d 554, 554-555 [2008]). In any event, most of the challenged remarks were fair comment on the evidence, permissible rhetorical comment, or responsive to the defense counsel's summation (*see People v Ashwal,* 39 NY2d 105, 109-110 [1976]; *People v Applewhite,* 50 AD3d 1046 [2008]; *People v Dick,* 48 AD3d 697 [2008]). "To the extent that the prosecutor may have exceeded the bounds of permissible rhetorical comment, any error was

harmless" (*People v Carter,* 36 AD3d 624, 624 [2007]; *see People v Crimmins,* 36 NY2d 230 [1975]).

The defendant's remaining contentions either are without merit or do not warrant reversal. Santucci, J.P., Covello, Leventhal and Belen, JJ., concur.